AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

## for the

In Re

### Western District of Missouri

| | |
|---|---|
| Daniel T. Ramsdell, Ramsdell Law Firm, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 22-60684; 22-60685 |
| | ) (Bankruptcy Court #) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

Rahlaw Law c/o

To: Registered Agent: Grant Rahmeyer, 205 Park Central East, Suite 517, Springfield, MO 65806

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Exhibit A attached

| Place: Buchanan, Williams & O'Brien, P.C. 901 E St Louis St., Suite 200-09 Springfield, MO 65806 | Date and Time: Friday, May 12, 2023 at 10:30 am |
|---|---|

The deposition will be recorded by this method: court reporter

☑ **Production:** You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| | |
|---|---|
| *CLERK OF COURT* | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Creditor, Ed Hershewe, Alison Hershewe & Hershewe Law Firm, P.C. _____ , who issues or requests this subpoena, are:
James V. O'Brien; 1105 E 32nd St., Ste 5, Joplin, MO 64804
417-623-8220/jobrien@bwoattorneys.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit 1

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 22-60684; 22-60685

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Rohlaw c/o Grant Rahmeyer

on *(date)* 5/2/23 .

☑ I served the subpoena by delivering a copy to the named individual as follows: Served
Grant Rahmeyer on elevator at City of St. Louis
Circuit Court                                     on *(date)* 5/2/23 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $                   for travel and $                   for services, for a total of $      0.00     .

I declare under penalty of perjury that this information is true.

Date:  5/3/23

Server's signature

Andrew Buchanan

Printed name and title

2240 S. Brentwood Blvd, St. Louis, MO
63144

Server's address

Additional information regarding attempted service, etc.:

## EXHIBIT A

1. Copies of any contracts or agreements between your law firm, Ramsdell Law and/or Ramsdell and/or any client or potential client for representation of that client or potential client with respect to a personal injury claim at any time from January 1, 2015 to present; or which representation has not been completed but is still ongoing.

2. Copies of any contracts or agreements between your law firm, Ramsdell Law and/or Ramsdell and any other lawyer or law firm regarding the division of fees and/or expenses in the representation of a client or potential client with respect to a personal injury claim.

3. Copies of any contract or agreements between your law firm, Ramsdell Consulting LLC, Ramsdell Consulting, Inc. or any entity named Ramsdell Consulting, on the one hand, and Ramsdell or Ramsdell Law, on the other hand, relating to the representation of a client or potential client with respect to a personal injury claim.

4. Copies of the complaints, petitions, or other similar documents setting forth any claim for personal injury filed in any court in which Ramsdell or Ramsdell Law is currently or has ever claimed an interest in a fee or reimbursement of expenses from the trial or settlement of the matter, from January 1, 2018 to present, or a matter that is currently pending.

5. Copies of any correspondence relating to any demand or request by Ramsdell or Ramsdell Law Firm for fees or reimbursement of expenses relating to the trial or

settlement of a personal injury matter from January 1, 2018 to present, or a matter that is currently pending with your law firm.

6. Documents showing any amounts received by Ramsdell and/or Ramsdell Law from the trial or settlement of any personal injury matter from January 1, 2018 to present from your law firm.

7. All fee agreements, contracts, documents or emails evidencing supporting or referring to the calculation of Ramsdell Contingency Fee Compensation.