**RAMSDELL BALLOT LOG**

| Date Received | Creditor or Party | Class / Claim Amount | Accept | Reject |
|---|---|---|---|---|
| 5/3/23 | Ben Steele Properties, LLC | Class 3 / $3,703.59 | | ■ |
| 5/10/23 | Alison Hershewe | Class 2 / $1,248,837.16 | | ■ |
| 5/10/23 | Ed Hershewe | Class 2 / $1,248,837.16 | | ■ |
| 5/10/23 | Hershewe Law Firm, P.C. | Class 2 / $1,248,837.16 | | ■ |
| 5/11/23 | Winnie Ramsdell | Class 1 / $31,160.00 | ■ | |
| 5/12/23 | Tom Millington | Class 3 / $71,378.15 | ■ | |
| 5/12/23 | Series 5 – Virage Master, LP | Class 2 / $3,852,366.74 | | ■ |
| 5/12/23 | Paul Wacker | Class 3 / $10,000.00 | ■ | |