IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| In Re: | ) | |
|---|---|---|
| | ) | |
| DANIEL T. RAMSDELL et al. | ) | Case No. 22-60684-CAN11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF ATTORNEYS' FEES AND EXPENSES FOR THE MONTH OF JUNE, 2023

Pursuant to Court's Order of 7/7/23 granting Debtor's Motion to Approve Procedures for Interim Compensation and Reimbursement of Professionals' Fees, Debtor's Counsel is required to provide monthly statements for 10-day review by the US Trustee, the secured creditors and any other parties listed on the ECF noticing system. If none of the reviewing parties object in writing within ten (10) days: (a) 100% of fees for services rendered by Krigel & Krigel, P.C. to Debtor may be paid, subject to a 20% holdback (which Krigel & Krigel, P.C. may apply for no more than once every 120 days); and (b) 100% of Krigel & Krigel, P.C.'s expenses may be paid. Notwithstanding, as set forth in the Order, all fees and expense paid are subject to approval at the time of Krigel & Krigel, P.C.'s final fee application.

Accordingly, Debtor hereby files and serves on the US Trustee, the secured creditor and any other parties listed on the ECF noticing system, the monthly statement attached hereto as **Exhibit A**, which are summarized as follows:

**SUMMARY**

| Services | Rate | Tl Hours | Tl Amount | 20% Holdback | Tl Minus 20% |
|---|---|---|---|---|---|
| Staff Fees | $100 | 2.00 | 200 | 40 | 160 |
| Legal Fees EK | $400 | 27.45 | 10,980 | 2,196 | 8,784 |
| | | | | | |
| TOTAL FEES | | | 11,180 | 2,236 | 8,944 |
| TOTAL EXPENSES | | | 12.00 | | |

If no objections to the Statements are received on or before the Objection Deadline set forth below, Debtor will be authorized to pay to Krigel & Krigel, P.C. 100% of the fees, subject to the 20% Holdback (as defined in the Motion to Pay Monthly) and 100% of the expenses

identified in the Statements.

Krigel & Krigel, P.C. respectfully requests and reserves the right to supplement this application with additional time descriptions or other material, as appropriate, after determining all questions, comments or objections from all parties.

NOTICE FOR OBJECTIONS TO ATTORNEYS' FEES AND EXPENSES

Notice is given to creditors and parties in interest that they have until August 14, 2023, to file a written objection to the Notice of Attorneys' Fees and Expenses for June, 2023. A copy of the objection must be served on the Debtors' counsel, the secured lenders, the United States Trustee and on any parties registered through the Court's ECF system. Documents can be filed electronically at http://ecf.mowb.uscourts.gov.

For information about- electronic filing, go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the objection and, if applicable, set out actions to remedy the particular problem. If an objection is filed, the Court will schedule the objection for hearing. If no objections are filed, the Debtors' counsel may pay itself for the fees and expenses from funds on hand, without further notice to creditors.

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel No. 29416
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
Facsimile: (816) 756-1999
ATTORNEYS FOR DEBTORS

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, a copy of the foregoing was mailed, either electronically or by U. S. Postal Service, postage prepaid, to the secured lenders: Lewis R. Landau, Counsel for Series V-Virage Master, LP, James V. O'Brien, Counsel for Hershewe Creditors, Christopher T. Borniger, Attorney for U.S. Trustee, Norman Rouse, Subchapter Trustee, and all persons requesting notice through the Court's ECF noticing system.

/s/ Erlene W. Krigel
Erlene W. Krigel