**RAMSDELL LAW FIRM – PROJECTED INCOME & EXPENSES**
**8-1-2023**

| No. | Description | Monthly |
|---|---|---|
|  | **Estimated Projected Income** |  |
| 1 | Attorney Fees | TBD |
| 2 | *Total Estimated Projected Income* |  |
| 3 | **Estimate of Projected Expenses** |  |
| 4 | Office Space - N/A prorate allocation of home office space for tax purposes | N/A |
| 5 | Office Utilities - N/A prorate allocation of home office utilities for tax purposes | N/A |
| 6 | Telephone, Cell Phone, & Internet | $ 915.68 |
| 7 | RLF Website Hosting (Annual) | $ 46.75 |
| 8 | IT & Litigation Support | $ 2,800.00 |
| 9 | Email Hosting | $ 40.00 |
| 10 | Answering Service | $ 350.00 |
| 11 | RLF Case Travel Expenses (Air, car rental & ins., hotel, cab, meals) | 2,000.00 |
| 12 | RLF Case Expenses (Experts, Court Reporters, Depositions, Investigation, etc.) | 1,000.00 |
| 13 | Litigation Printing Services | $ 166.67 |
| 14 | Dry Cleaning | 0.00 |
| 15 | Marketing/Promotion | 3,500.00 |
| 16 | Accounting Services | 833.00 |
| 17 | Shipping & Postage | 100.00 |
| 18 | PO Box | $ 10.00 |
| 19 | Office Supplies | $ 245.33 |
| 20 | Software | $ 145.47 |
| 21 | MO Bar Annual Dues | $ 34.17 |
| 22 | Mandatory MO Bar CLEs; | $ 125.00 |
| 23 | Legal Malpractice Ins. | $ 161.83 |
| 24 | Equipment purchasing & maintenance | $ 208.33 |
| 25 | Springfield Metropolitan Bar Association (SMBA) Annual Dues | $ 22.92 |
| 26 | Shared Deposition/Conference Room Rental | 0.00 |
| 27 | Part time secretary | $ 2,708.33 |
| 28 | State & Federal Employee Taxes for Secretary | $ 270.83 |
| 29 | Legal research/out of plan | 500.00 |
| 30 | Westlaw Research On Line | $ 1,125.00 |
| 31 | Past Due (Thomson Reuters) WestLaw |  |
| 32 | Other/Miscellaneous | 0.00 |
| 33 | Dan Ramsdell owner draw | 0.00 |
| **34** | *Total Estimate of Projected Expenses* | **17,309.31** |
| **35** | **NET PROJECTED LOSS (INCOME – EXPENSES)** | **(17,309.31)** |

See attached Table of Assumptions correlated by category number above

.

**RAMSDELL LAW FIRM TABLE OF ASSUMPTIONS**
**7-26-2023**

| No. | Estimated Projected Income | Assumptions |
|---|---|---|
| 1 | Attorney Fees | Any New Major Case Usually Takes More Than 1 and usually 2 Years For Resolution & Receipt of Fees; Might be able to bring in 1 to 5 new catastrophic injury cases over 3 year period and fees Current Cases Total Potential Is Unknown; |
| 2 | *Total Estimated Projected Income* | Current Cases Total Potential Is Unknown; |
| 3 | **Estimated Projected Monthly Expenses** | |
| 4 | Office Space | Continue to operate out of home office. If need to move from leased residence/office, then new office lease/space alone would be approximately $2,000 to $3,000/month |
| 5 | Office Utilities | N/A – (prorate allocation for tax purposes) |
| 6 | Telephone, Cell Phone, & Internet | ATT Wireless $259.94<br>RingCentral $163.50<br>Mediacom $250.28<br>Zoom Subscription $31.96<br>DropBox $210.00/month |
| 7 | RLF Website Hosting Annual | Hosting $240.00 - April<br>SSL $150.00 - Sept<br>Domain Names 170.97 |
| 8 | IT & Litigation Support | 40 hours/month at $70/hour<br>Expense of litigation support depends on specific case agreement |
| 9 | Email Hosting | Northern Summit |
| 10 | Answering Service | $350.00/month based on minimal number of calls, if more will increase to approx. $500.00/month |
| 11 | RLF Case Travel Expenses (Air, car rental & ins., hotel, cab, meals) | Need cash on hand<br>Expenses are case specific and must always be advanced and may be reimbursed depending upon the fee agreement in future cases<br>Could be multiple trips or no trips each month |
| 12 | RLF Case Expenses (Experts, Court Reporters, Depositions, Investigation, etc.) | [0 to $150,000.00 annually]<br>Depends on contract and case. |
| 13 | Litigation Printing Services | Estimate of $2,000/year<br>Depositions, Motions, Exhibits, etc.<br>Printer supplies, Maintenance and 3rd party printing services |
| 14 | Dry Cleaning | |
| 15 | Marketing/Promotion | Monthly Expenses<br>• Emails (Constant Contact) $35.00<br>• IT Support-Webinars/Presentations $300.00<br>• RLF Website IT Support (Design, Maintenance) $500.00<br>• CLEs – Speaking $833.33 monthly (4 per |

| | | |
|---|---|---|
| | | year at $2,500 per trip and registration)<br>• AAJ Specialty Conferences $416.67 monthly (2 per year at $2,500 per trip and registration)<br>• AAJ National Convention $475.00 monthly (1 5-day conference per year at $5,700 per trip and registration)<br>    o Registration 1,500 (estimate)<br>    o 5 nights hotel 1,500 (estimate)<br>    o 5 days of food 500 (estimate)<br>    o Airfare 1,200 round trip (estimate)<br>    o Vendor purchases 1,000 (estimate)<br>• AAJ Annual Membership $199.99 limited time promotion for past members (normally $685) $17/month<br>• Personal Injury Lawyer Marketing & Management Association (**PILMMA**) Marketing and Management tools and strategies $400.00/month- critical to make presentations to top law firms for new cases;<br>• PILLMA 3 day Conference $375.00 monthly (1 per year at $4,500)<br>    o Registration 1,100 (estimate)<br>    o 3 nights hotel 900 (estimate)<br>    o 3 days of food 300 (estimate)<br>    o Airfare 1,200 round trip (estimate)<br>    o Vendor purchases 1,000 (estimate)<br>• Marketing materials to law firms quarterly:<br>    o Printing $650.00 monthly<br>    o Mail/Postage $65.00 monthly |
| 16 | Accounting Services | Accounting services will increase to include increased reports, including monthly income and expense statements, balance sheets and quarterly IRS and state income tax filings<br><u>Bill Miller charges</u><br>Ramsdell Law Firm<br>$2,500 – Gather accounting information<br>$5,000 – 2022 Accounting<br>$2,500 – Preparation of 2022 federal and state income tax returns |
| 17 | Shipping & Postage | |
| 18 | PO Box | |
| 19 | Office Supplies | **Estimate of Yearly Office Supply Needs**<br>Printer Toner/Ink $1,500<br>Paper $450<br>Notebooks/Binders 30x$10 = $300<br>Accordion Folders 30x$5 = $150<br>Legal Pads 60x$2 = $120.00<br>File Folders 250x$0.40 = $100<br>Dividers 30x$5.80 = $174<br>Jump Drives 10x5 = $50<br>Misc. Office Supplies $100<br>----------------------------------<br>**Total Annual $2,944.00**<br>Total Monthly Office Supply costs - $245.33 |
| 20 | Software | MS Office 365 $12.50/month<br>Adobe $132.97/month |

| | | |
|---|---|---|
| 21 | MO Bar Annual Dues | |
| 22 | Mandatory MO Bar CLEs; | |
| 23 | Legal Malpractice Ins. | |
| 24 | Equipment purchasing & maintenance | Office equipment will need repairs or replacement |
| 25 | Springfield Metropolitan Bar Association (SMBA) Annual Dues | |
| 26 | Shared Deposition/Conference Room Rental | Law firm will need a conference room for depositions and meetings, because home office space does not provide a conference room |
| 27 | Part time secretary | Law firm needs secretarial assistance $25/hour x 5 hours a day x 5 days a week x 52 weeks |
| 28 | State & Federal Employee Taxes for Secretary | Estimated at 10% of gross wages |
| 29 | Outsource legal research | Occasional outsourcing of legal research will be required |
| 30 | Westlaw Research On Line | Mandatory need |
| 31 | Past Due (Thomson Reuters) WestLaw | If I provide them a copy of the bankruptcy petition and subscribe to WestLaw again, a representative of WestLaw said they will possibly clear off some of the past due amounts and reactivate my Westlaw account as it stood prior to being suspended.  CRITICAL Past Due Amount is $3,335.10 |
| 32 | Other/Miscellaneous | |
| 33 | Dan Ramsdell owner draw | |